Jai ALBERT, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee,

No. 192, 2016

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: October 25, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID No. 1503006100

AFFIRMED.

Brian KEECH, Defendant
Below-appellant,

v.

STATE of Delaware, Plaintiff
Below-appellee.

No. 404, 2016

Supreme Court of Delaware.

Submitted: October 25, 2016

Decided: October 26, 2016

Court Below: Superior Court of the State of Delaware, Cr. ID Nos. 1208002263 and 1410000067

DISMISSED.

Dustin M. WOLFORD, Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 345, 2016

Supreme Court of Delaware.

Submitted: August 23, 2016

Decided: October 25, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID Nos. 1108016428, 1209017309

AFFIRMED.

William J. WEBB, Jr., Defendant
Below, Appellant,

v.

STATE of Delaware, Plaintiff
Below, Appellee.

No. 307, 2016

Supreme Court of Delaware.

Submitted: August 30, 2016

Decided: October 26, 2016

Court Below—Superior Court of the State of Delaware, Cr. ID No. 9702013762

GRANTED. AFFIRMED.